**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SYLVIA DENISE JAMES, | ) | CASE NO. 1:25-cv-468 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Sylvia Denise James's claim for disability insurance benefits was denied by defendant Commissioner of Social Security (the "Commissioner"). (Doc. No. 1. (Complaint).) James seeks review of that adverse decision. *See* 28 U.S.C. § 405(g). The Court referred the matter to Magistrate Judge Amanda M. Knapp for a report and recommendation. *See* Local Rules 72.2(b). On January 26, 2026, Judge Knapp recommended that the Court vacate and remand the Commissioner's decision. (Doc. No. 16 (Report and Recommendation).)

Under 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections to [the] proposed findings and recommendations as provided by rules of court." That fourteen-day period expired on February 8, 2026, but the Commissioner has filed no objections. Failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813, 814–15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Newman v. Comm'r of Soc. Sec.*, No. 5:22-cv-1982, 2023 WL 7048737, at *1 (N.D. Ohio Oct. 26, 2023).

The Court has reviewed the magistrate judge's report and recommendation and adopts the same. Accordingly, the Commissioner's decision is VACATED and REMANDED, pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings consistent with the report and recommendation. (Doc. No. 16.) On remand, the ALJ should: consider the entire record; accurately discuss the evidence; clearly articulate the rationale for her Step Two and Four findings with regard to plaintiff's mental impairments; and ensure that her stated rationale builds an accurate and logical bridge between the evidence and the result.

**IT IS SO ORDERED**.

Dated: March 18, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2